UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

YUSUF J. NURALDIN,
        **Plaintiff,**

                             **JUDGMENT**
                             **CIVIL ACTION NO.: 5:10-CV-00419(NPM/DEP)**

vs.

**SYRACUSE ACADEMY OF SCIENCE**
**CHARTER SCHOOL, et al.,**
        **Defendants.**

\_\_\_\_\_   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X  **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, *that pursuant to the Decision and Order of Senior United States District Judge Neal P. McCurn, dated May 11, 2010, that if plaintiff fails to file an amended complaint within thirty (30) days from the date of the filing of this order,* ***the clerk shall enter judgment dismissing this action without prejudice and without further order of this court due to plaintiff's failure to comply with the terms of this order*** *and no such amended complaint having been filed as required by this order or the subsequent order dated June 14, 2010 by United States Magistrate Judge David E. Peebles; Judgment is hereby entered in favor of the defendants and as against plaintiff Yusuf J. Nuraldin and this action is dismissed without prejudice.*

Dated: July 13, 2010                                  Lawrence K. Baerman
                                                                    Clerk


                                                                       /S/
                                                              Phillip T. McBrearty
                                                               (by) Deputy Clerk